LAW OFFICES OF
# LAWRENCE KATZ
445 CENTRAL AVENUE
SUITE 201
CEDARHURST, NEW YORK 11516
lkatz@lawkatz.com

TELEPHONE
(516) 374-2118

FAX
(516) 706-2404

July 22, 2009

Honorable David G. Trager
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re:   **Ehrich et al v. I.C. System   CV-09-726 (DGT)(MDG)**

Dear Judge Trager:

Enclosed herewith is a copy of the letter, which is the subject of the complaint, exactly as it appears in the original.

In addition I have enclosed a letter from United Recovery Systems that avails itself of both sides of the collection letter to present its communication together with all required notices in both Spanish and English. The court should note that on each side of the letter there is a notice in the other language, which refers the reader to the reverse side. I have redacted this letter to protect the identity of the consumer.

Sincerely,

Lawrence Katz
cc: Paul A. Sanders, Esq.

Enclosures as stated

5800 North Course Drive
Houston, Texas 77072



January 28, 2008

Address Service Requested





UNITED RECOVERY SYSTEMS LP
WWW.URSI.COM

Date: January 28, 2008
Creditor: American Express Co.
Account No.
URS No.
Amount Due:
Telephone: 800-327-3642, ext 4987

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

Please detach at perforation and return with your payment.

YOUR DELINQUENT ACCOUNT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION!!!!

Please remit payment in full of my transpired account, payable to our client, in the enclosed envelope.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within the thirty day period that the debt, or any portion thereof, is disputed, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you the name and address of the original creditor, if different from the current creditor.

We trust that your intention is to address this long overdue debt. Please call your account representative to make payment arrangements. If you wish to make payment arrangements, you can call us at 800-327-3642 Ext 4987 to arrange one for your consideration. If [illegible] amount stated above. Because your account may [illegible] late charges and other charges that may vary from day to day, the [illegible] you pay may be greater. If you pay the amount shown on [illegible] after we receive your check. If so, we will contact you. For further information [illegible] your balance please call your account representative.

This communication is from a debt collector. We are required to inform you that this is an attempt to collect a debt, and any information obtained will be used for this purpose.

Sincerely,

MRS W WHITE
800-327-3642, ext 4987
United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

Traduccion en español
al lado reverso!

If you write to us and ask us to stop communicating with you about this debt, we will, but if you owe this debt, you will still owe it and the debt may still be collected from you. If you have a complaint about the way we are collecting this debt, you can contact [illegible] 5800 North Course Drive, Houston, TX 77072 [illegible] [illegible] Monday-Friday.

New York City Department of Consumer Affairs License Number 1176730

5800 North Course Drive, Houston, Texas 77072

5800 North Course Drive
Houston, Texas 77072


UNITED RECOVERY SYSTEMS LP
WWW.URSI.COM

January 28, 2008

Address Service Requested



Fecha: January 28, 2008
Acreedor: American Express Co.
Cuenta No.:
URS No:
Cantidad por cobrar:
Para asistencia en español llame: (800) 354-4150

United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

Por favor destacar al perforación y retornar con su pago.

## NUESTRA OFICINA ESTA ENCARGADA DE COBRAR SU CUENTA EN ESTADO DELINCUENTE

Por favor remita el pago total por la cantidad acordada a nombre de nuestro cliente en el sobre adjunto.

Nuestra oficina supone que la deuda es válida a menos que usted nos notifique dentro de 30 días a partir del recibo de este aviso que usted disputa la validez de esta cuenta en su totalidad o parcialmente. Si usted notifica esta oficina en la escritura dentro del periodo de treinta-dia que la deuda, o cualquier porcion del mismo, se disputa, neustra oficina se encargara de obtener verificacion de lad deuda o de obetener una copia del fallo y de enviarle a used por correo una copia de dicho fallo o verificacion. Si usted solicita por escrito 30 días a partir del recibo de este aviso el nombre y la dirección del acreedor original de la deuda, nuestra oficina se los facilitará si no son los mismos que aparecen en esta cuenta.

Confiamos en que usted tengal la intención debera esta deuda atrasada larga. Si desea hacer arreglos para pagar la cuenta, para asistencia en español 24 horas al dia llame: (800) 354-4150, para que podamos asistirlo en este asunto. Desde la fecha de esta carta usted debe la cantidad indicada arriba. Como su cuenta sigue aumentando intereses, cargos de pagos tarde y otros gastos que pueden cambiar con el transcurso de los días. La cantidad que usted deba en la fecha que usted decida pagar podria ser mayor. Si usted paga la cantidad indicada arriba, un ajuste podría ser necessario después que recibamos su pago. Si es el caso nos comunicaremos con usted. Para mayor informacion sobre su balance por favor llame a su representante.

Esta comunicacion es de parte de un cobrador. Es requisito informarlo a usted de nuestra intención de cobrar la deuda y de que toda la información obtenida. Será utilizada con este propósito.

Atentamente,

MRS W WHITE
(800) 354-4150
United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272-2929

English text on other side!

Si nos escribe y pide que dejemos de comunicarnos con usted respecto a esta deuda, los haremos. Sin embargo, si usted realmente debe esta dueda, continuara debiendola y es possible que el acreedor colecter. Si tiene una queja acerca de la manera en la que estamos colectando esta dueda, usted puede escribirnos a nuestro CENTRO DE CONTACTO ("Contact Center"). 5800 North Course Drive, Houston, TX 77072 o puede llamarnos sin cargo alguno al (800) 326-8040 entre las horas de 9:00 A.M. tiempo central ("central time") a 5:00 P.M. tiempo central ("central time") de lunes a viernes.

New York City Department of Consumer Affairs License Number 1176730.

5800 North Course Drive   Houston, Texas 77072