LAW OFFICES OF

# LAWRENCE KATZ

445 CENTRAL AVENUE
SUITE 201
CEDARHURST, NEW YORK 11516

lkatz@lawkatz.com

TELEPHONE
(516) 374-2118

FAX
(516) 706-2404

March 15, 2010

Honorable David G. Trager
United States District Court Judge
225 Cadman Plaza East
Brooklyn, New York 11201-1818

Re:   **Ehrich et al v. I.C. System  CV-09-726 (DGT)(MDG)**

Dear Judge Trager:

Please be advised that the parties have settled this matter.  A formal stipulation of dismissal will follow.

Sincerely,

Lawrence Katz