UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

**DAVID EHRICH and CAMILLE WEISS,**

    *Plaintiffs,*

-vs-

**I.C. SYSTEM, INC.,**

    *Defendant.*

**VOLUNTARY STIPULATION OF DISMISSAL**

Civil Action No.
CV-09-726
Trager, J.; Go, M.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiffs, David Ehrich and Camille Weiss, and the Defendant, I.C. System, Inc., that the above-captioned action shall be voluntarily dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2010

**LAW OFFICES OF LAWRENCE KATZ, P.C.**

By: s/ Lawrence Katz
    Lawrence Katz, Esq.
    Attorneys for Plaintiffs
    445 Central Ave., Suite 206
    Cedarhurst, NY 11516
    E-mail address: lkatz@lawkatz.com

Dated: April 12, 2010

**HISCOCK & BARCLAY, LLP**

By: s/ Paul A. Sanders
    Paul A. Sanders, Esq.
    Attorneys for Defendant
    2000 HSBC Plaza
    Rochester, New York 14604
    E-mail address: psanders@hblaw.com

The Clerk of the Court is directed to close the case.

**APPLICATION GRANTED.
SO ORDERED.**

s/ DGT
4/13/2010

David G. Trager
United States District Judge

ROCHDOCS\570533\1
023584-3038995